**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES BRIAN HAMILTON,                    No. C 12-3916 WHA (PR)

        Plaintiff,                    **ORDER DENYING REQUEST TO
                                         RECALL JUDGMENT AND FOR
                                         APPOINTMENT OF COUNSEL OF
v.                                       DISMISSAL**

D.G. METCALF; SGT.
VERTASOTO; SGT. CORONA;
CORRECTIONAL OFFICER
MORALES; CORRECTIONAL                    (Docket No. 23)
OFFICER RANGEL; D. SILVA; S.
MAUGHMER; ASSISTANT
WARDEN SPEARMAN;
ASSISTANT WARDEN WHITE; R.
QUINTERA,

        Defendants
_____/

       Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42

U.S.C. 1983. Plaintiff was granted leave to amend the complaint, and the amended complaint

was dismissed for failing to state a cognizable claim for relief. Judgment was entered against

plaintiff on December 21, 2012. Over four months later, plaintiff filed a "notice to recall

judgment" and a request for appointment of counsel. There is no procedure for "recalling" the

judgment, nor does his notice present any grounds for reconsideration. As the case has been

dismissed and judgment has been entered, his request for appointment of counsel is DENIED.

       IT IS SO ORDERED.

Dated: April _____, 2013.

                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES BRIAN HAMILTON,

           Plaintiff,

v.

D.G. METCALF; SGT.
VERTASOTO; SGT. CORONA;
CORRECTIONAL OFFICER
MORALES; CORRECTIONAL
OFFICER RANGEL; D. SILVA;
S. MAUGHMER; ASSISTANT
WARDEN SPEARMAN;
ASSISTANT WARDEN WHITE; R.
QUINTERA,

           Defendants.

_____/

Case Number: CV12-03916 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Brian Hamilton AM4040
D2 34L
P O Box 690
Soledad, CA 93960

Dated: May 1, 2013

           Richard W. Wieking, Clerk
           By: Liz Noteware, Deputy Clerk