IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRIAN HAMILTON,<br><br>Plaintiff,<br><br>v.<br><br>D.G. METCALF; SGT. VERTASOTO; SGT. CORONA; CORRECTIONAL OFFICER MORALES; CORRECTIONAL OFFICER RANGEL; D. SILVA; S. MAUGHMER; ASSISTANT WARDEN SPEARMAN; ASSISTANT WARDEN WHITE; R. QUINTERA,<br><br>Defendants<br>_____/ | No. C 12-3916 WHA (PR)<br><br>**ORDER DENYING REQUEST TO RECALL JUDGMENT AND FOR APPOINTMENT OF COUNSEL OF DISMISSAL**<br><br>(Docket No. 23) |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. 1983. Plaintiff was granted leave to amend the complaint, and the amended complaint was dismissed for failing to state a cognizable claim for relief. Judgment was entered against plaintiff on December 21, 2012. Over four months later, plaintiff filed a "notice to recall judgment" and a request for appointment of counsel. There is no procedure for "recalling" the judgment, nor does his notice present any grounds for reconsideration. As the case has been dismissed and judgment has been entered, his request for appointment of counsel is **DENIED**.

IT IS SO ORDERED.

Dated: April ____, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.12\HAMILTON3916.MOT.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRIAN HAMILTON,<br>        Plaintiff,<br>v.<br><br>D.G. METCALF; SGT. VERTASOTO; SGT. CORONA; CORRECTIONAL OFFICER MORALES; CORRECTIONAL OFFICER RANGEL; D. SILVA; S. MAUGHMER; ASSISTANT WARDEN SPEARMAN; ASSISTANT WARDEN WHITE; R. QUINTERA,<br>        Defendants.<br>_____/ | Case Number: CV12-03916 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Brian Hamilton AM4040
D2 34L
P O Box 690
Soledad, CA 93960

Dated: May 1, 2013

                                            Richard W. Wieking, Clerk
                                            By: Liz Noteware, Deputy Clerk